of the learned Special Term under the circumstances was improperly exercised. (*Regan* v. *Milliken Bros.*, 123 App. Div. 72, 73.)   Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kapper, J., absent and not voting.

MODERN BARBER TOWEL SUPPLY COMPANY, Respondent, v. ADVANCE METHOD LAUNDRY CORPORATION and Others, Appellants.— Interlocutory judgment affirmed, with costs.   No opinion.   Kelly, P. J., Rich, Manning and Young, JJ.; concur; Kapper, J., absent and not voting.

MODERN BARBER TOWEL SUPPLY COMPANY, Respondent, v. ADVANCE METHOD LAUNDRY CORPORATION, Appellant, Impleaded with Others, Defendants.— Order finding defendant guilty of contempt affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

GEORGE L. MOORE, Respondent, v. CATHERINE McGRATH, as Executrix, etc., of FRANK McGRATH, etc., Deceased, Appellant.— Judgment affirmed, with costs. No opinion.   Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

BESSIE MUTTERPERL, Respondent, v. JOSEPHINE KIRK and Others, Defendants. RALPH E. DURYEA, Appellant; GEORGE C. MANNING, JR., Referee, Respondent.— Order denying appellant's motion for return of deposit affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

CHESTER G. PAIGE, Respondent, v. THOMAS J. POWERS, Appellant.— Where two brokers are employed, the one effects the sale who brings the minds of the parties to meet.   (*Hobbs* v. *Edgar*, 23 Misc. 618, 620; *Smith* v. *McGovern*, 65 N. Y. 574.)   There is no evidence that plaintiff accomplished this, but there is evidence that broker Goldstein did.   The verdict of the jury is, therefore, against the weight of the evidence, and the judgment and order are reversed on the law and the facts, and a new trial granted, with costs to abide the event.   Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES C. CLARK, Appellant.— Judgment of conviction affirmed.   No opinion.   Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD PURTELL, etc., Appellant.— Judgment of conviction of the County Court of Queens county affirmed.   No opinion.   Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE S. VAN DER WERKEN, Appellant.— Judgment of conviction affirmed.   No opinion. Kelly, P. J., Rich, Jaycox and Kelby, JJ., concur; Kapper, J., dissents.

ALEXANDER ROSS, Appellant, v. JULIUS BLUM, Trading under the Firm Name, etc., Respondent.— Order directing plaintiff to serve further amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   We think that the amended complaint sufficiently alleges a single contract of employment, and that plaintiff should not, therefore, be required to split up his claim into several distinct and separate causes of action. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MOLLIE SCHACK, Respondent, v. WASHINGTON ARMS, INC., Appellant, Impleaded with Others, Defendants.   (Action No. 1.) — Judgment affirmed, with costs.   No

46